**Order entered December 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00889-CV

### JAGADISH BALACHANDRACHARI, Appellant

### V.

### THERESA KIM-HOA TANG AND THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS, Appellees

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-12-11165-R

## ORDER

We **GRANT** The Office of the Attorney General's December 22, 2015 motion to extend

time to file brief and **ORDER** the brief be filed no later than February 12, 2016.

/s/    CRAIG STODDART
          JUSTICE